UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EUGENE HARDIN,

    Plaintiff,

v.                                           Case No. 8: 21-cv-2980-MSS-AEP

OAKLEY TRANSPORT INC., and
OAKLEY TRANSPORTATION
GROUP, INC.,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court upon Plaintiff's Renewed Motion to Compel Production of Documents (Doc. 140). In his Motion, Plaintiff maintains that Defendants have failed to produce copies of Plaintiff's payroll checks and pay stubs as previously Ordered by this Court. (*See* Doc. 90). In response, Defendants maintain that they have produced all responsive documents within their possession and request that the Court award the reasonable attorney's fees and costs incurred by Defendants in responding to the Motion. (Doc. 148). Notably, Plaintiff does not offer any basis for his belief that Defendants have failed to produce all responsive documents. Moreover, Defendants have provided this Court with the set of responsive documents previously produced. (Doc. 148-1). Thus, the Court finds no basis for the relief sought in Plaintiff's Motion.

    Accordingly, it is hereby

ORDERED:

1. Plaintiff's Renewed Motion to Compel Production of Documents (Doc. 140) is DENIED.

2. Defendants' request for reasonable attorney's fees and costs is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Tampa, Florida, on this 17th day of October 2024.

*/s/ Anthony E. Porcelli*
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record